IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC, | § § § |
| Plaintiff, | § Case No: 8:21-cv-02490-MSS-AAS § |
| vs. | § PATENT CASE § |
| ADEMERO, INC., | § § |
| Defendant. | § § |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Ademero, Inc. with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: March 10, 2022.                    Respectfully submitted,

*/s/Barbra A. Stern*
Barbra A. Stern, Esquire
Law Offices of Barbra Stern PA
808 E. Las Olas Blvd. Suite 102
Fort Lauderdale, FL 33301
Phone: (954) 743-4710
Direct Dial (954) 239-7249
barbra@sterncnslt.com
barbra@sternlawoffice.com

**ATTORNEY(S) FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on March 10, 2022.  Parties may access the foregoing through the Court's system.

*/s/Barbra A. Stern*
Barbra A. Stern, Esquire